**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6469**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BERNARD BOSTIC,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Joseph Dawson, III, District Judge.  (4:08-cr-00060-JD-1)

Submitted:  September 12, 2024                    Decided:  September 16, 2024

Before THACKER and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bernard Bostic, Appellant Pro Se.  Michael G. Shedd, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard Bostic appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Part A of Amendment 821 to the Sentencing Guidelines. Upon review of the record—particularly the arguments made by Bostic's counsel and in the Government's response in opposition—we discern no abuse of the court's considerable discretion in the denial of Bostic's motion. *See United States v. Smalls*, 720 F.3d 193, 195 (4th Cir. 2013) (providing standard of review); *see also United States v. Martin*, 916 F.3d 389, 398 (4th Cir. 2019) (recognizing that "[t]here is no right to a sentence reduction under § 3582(c)(2)"). Accordingly, we affirm the district court's order. *United States v. Bostic*, No. 4:08-cr-00060-JD-1 (D.S.C. Apr. 22, 2024). We deny Bostic's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2